**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**    www.flsb.uscourts.gov

☐ __5th__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

**DEBTOR:** __GLORIA FARRIOR__    **JOINT DEBTOR:** _____    **CASE NO.:** __16-26091-LMI__
**Last Four Digits of SS#** _____    **Last Four Digits of SS#**

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.  $__1,400.00__ for months __1__ to __12__;
    B.  $__1,500.00__ for months __13__ to __59__;
    C.  $__9,313.00__ for months __60__ to __60__; in order to pay the following creditors:

Administrative: Attorney's Fee - $__5,900.00__ ($3,500.00(safe harbor)+$150.00(costs)+$750.00 x3) TOTAL PAID $__700.00__
    Balance Due to: Sagre Law Firm, P.A. $__5,200.00__ payable $325.00/month (Months __1__ to __16__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Selene Finance    Arrearage on Petition Date    $8,035.84
   9999 Richmond    Arrearage Payment    $__55.00__/month (Months __1__ to __12__)
   Houston, TX 77042    Arrearage Payment    $__145.00__/month (Months __13__ to __16__)
        Arrearage Payment    $__41.00__/month (Months __17__ to __59__)
        Arrearage Payment    $__5,032.84__/month (Months __60__ to __60__)
        Regular Payment    $__500.00__/month (Months __1__ to __16__)
        Regular Payment    $__929.00__/month (Months __17__ to __60__)

2. San Simeon at the California    Arrearage on Petition Date    (Treated with Motion to Value)
   Cond. Assoc. No. 1, Inc.    Regular Payment    $__225.00__/month (Months __1__ to __60__)
   21300 San Simeon Way
   Miami, Florida 33179

3. San Simeon at the California    Arrearage on Petition Date    (Treated with Motion to Value)
   Club HOA, Inc.    Regular Payment    $__155.00__/month (Months __1__ to __60__)
   21300 San Simeon Way
   Miami, Florida 33179

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Description and value of Collateral | Secured Creditor | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Homeowners' Association Claim, regarding real property located at 21300 San Simeon Way, Unit L3, Miami, Florida 33179 with legal description: Condominium Unit L-3, of San Simeon at the California Club Condominium No. 1, according to the Declaration of Condominium thereof, as recorded in Official Records Book 14027, at Page 1663, of the Public Records of Miami-Dade County, valued at $145,000.00 | San Simeon at the California Club Condominium Association No. 1., Inc., 21300 San Simeon Way Miami FL 33179 | 0 | $0 | 0 | $0 |

| | | | | | |
|---|---|---|---|---|---|
| Homeowners' Association Claim, regarding real property located at 21300 San Simeon Way, Unit L3, Miami, Florida 33179 with legal description: Condominium Unit L-3, of San Simeon at the California Club Condominium No. 1, according to the Declaration of Condominium thereof, as recorded in Official Records Book 14027, at Page 1663, of the Public Records of Miami-Dade County, valued at $145,000.00 | San Simeon at the California Club HOA, Inc., 21300 San Simeon Way Miami FL 33179 | 0 | $0 | 0 | $0 |
| Second mortgage, regarding real property located at 21300 San Simeon Way, Unit L3, Miami, Florida 33179 with legal description: Condominium Unit L-3, of San Simeon at the California Club Condominium No. 1, according to the Declaration of Condominium thereof, as recorded in Official Records Book 14027, at Page 1663, of the Public Records of Miami-Dade County, valued at $145,000.00 | Florida Housing Finance Corporation 227 North Bronough Street, Suite 5000 Tallahassee, FL 32301-1329 | 0 | $0 | 0 | $0 |

Unsecured Creditors:           Pay $  2,039.00 /month (Months  60  to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. All property of the estate shall vest in the Debtor upon confirmation of the Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ /s/
Debtor
Date: